BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV  89104
(702) 731-0000
bretwhipple@gmail.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN BUNDY, individually; ANGELA BUNDY, individually; JAMIE BUNDY, individually; VEYO BUNDY, individually; JERUSHA BUNDY, individually; JASMINE BUNDY, individually; OAK BUNDY, individually; CHLOEE BUNDY, individually; MORONIBUNDY, individually; SALEM BUNDY, individually; and, RYAN PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>Defendant. | Case No.:<br><br>**PLAINTIFFS' CERTIFICATE INTERESTED PARTIES** |

Plaintiffs, by and through their undersigned counsel, BRET O. WHIPPLE, ESQ., of the JUSTICE LAW CENTER, hereby certifies that the following parties have an interest in the outcome of this case:

1. Ryan Bundy
2. Angela Bundy
3. Jamie Bundy
4. Veyo Bundy
5. Jerusha Bundy
6. Jasmine Bundy
7. Oak Bundy

8. Chloee Bundy

9. MoronI Bundy

10. Salem Bundy

11. Ryan Payne

12. United States of America

RESPECTFULLY SUBMITTED on this 23rd day of October, 2023.

                                              **JUSTICE LAW CENTER**

                                              /s/ Bret O. Whipple
BRET O. WHIPPLE, ESQ.
Nevada Bar #6168
1100 S. Tenth Street
Las Vegas, NV  89104
Attorney for Plaintiffs