AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| RYAN BUNDY, indivudally, ANGELA BUNDY, individually, JAMIE BUNDY, individually, VEYO BUNDY, individually, JERUSHA BUNDY, individually, JASMINE BUNDY, individually, OAK BUNDY, et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:23-cv-01724-RFB-VCF |
| UNITED STATES OF AMERICA | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bret O. Whipple, Esq.
Justice Law Center
1100 S. Tenth Street
Las Vegas, NV 89104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*[signature]*
(By) DEPUTY CLERK

10/25/23
DATE

Case 2:23-cv-01724-RFB-MDC Document 4 Filed 10/25/23 Page 2 of 2
Case 2:23-cv-01724-RFB-MDC Document 7 Filed 02/09/24 Page 2 of 4

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **United States Attorney General**
was received by me on *(date)* **January 22, 2024**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **US Attorney General, US Dept. of Justice**, who is
designated by law to accept service of process on behalf of *(name of organization)* **US Attorney General**
on *(date)* **1/22/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **via certified mail, return receipt requested, as shown by attachments hereto.**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1/22/2024**

_____
Server's signature

**Curtis Cannon**
Printed name and title

**4591 E. Philadelphia Ave, Las Vegas, NV**
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney General
   US Dept. of Justice
   950 Pennsylvania Ave, NW
   Washington, DC 20530-0001

   9590 9402 8284 3094 4796 19

2. Article Number (Transfer from service label)

   7022 0410 0002 0500 7099

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JAN 3 0 2024

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   INSPECTED 23

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



DOWNTOWN LAS VEGAS
201 LAS VEGAS BLVD S STE 100
LAS VEGAS, NV 89101-9997
(800)275-8777

01/22/2024                              04:43 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

$3.31

First-Class Mail®     1
Large Envelope
    Washington, DC 20530
    Weight: 0 lb 8.10 oz
    Estimated Delivery Date
        Sat 01/27/2024              $4.40
    Certified Mail®
        Tracking #:
            70220410000205007099    $3.65
    Return Receipt
        Tracking #:
            9590 9402 8284 3094 4796 19
                                    $11.36
Total                               $3.31

First-Class Mail®     1
Large Envelope
    Las Vegas, NV 89101
    Weight: 0 lb 8.10 oz
    Estimated Delivery Date
        Wed 01/24/2024              $4.40
    Certified Mail®
        Tracking #:
            70220410000205007082    $3.65
    Return Receipt
        Tracking #:
            9590 9402 8284 3094 4785 44
                                    $11.36
Total                               $22.72

Grand Total:                        $22.72

Debit Card Remit
    Card Name: VISA
    Account #: XXXXXXXXXXXX0307
    Approval #: 064319
    Transaction #: 075
    Receipt #: 030095
    Debit Card Purchase: $22.72    Chip
    AID: A0000000980840
    AL: US DEBIT
    PIN: Verified

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $           Postmark
☐ Certified Mail Restricted Delivery $            Here
☐ Adult Signature Required           $          JAN 2
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Sent To US Attorney General; US Dept of Justice
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave; NW
City, State, ZIP+4® Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 0410 0002 0500 7099