BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV  89104
(702) 731-0000
civil@justice-law-center.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BUNDY, individually; ANGELA BUNDY, individually; JAMIE BUNDY, individually; VEYO BUNDY, individually; JERUSHA BUNDY, individually; JASMINE BUNDY, individually; OAK BUNDY, individually; CHLOEE BUNDY, individually;  MORONIBUNDY, individually; SALEM BUNDY, individually; and, RYAN PAYNE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>Defendant. | Case No.:2:23-cv-01724-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD (First Request)** |

   IT IS HEREBY STIPULATED by and between Plaintiffs, RYAN BUNDY, ANGELA BUNDY, JAMIE BUNDY, VEYO BUNDY, JERUSHA BUNDY, JASMINE BUDY, OAK BUNDY, CHLOEE BUNDY, MORONI BUNDY, SALEM BUNDY and RYAN PAYNE, by and through their attorney of record, BRET O. WHIPPLE, ESQ., of the JUSTICE LAW CENTER, and Defendant, UNITED STATES OF AMERICA, by and through its' counsel, JEVECHIUS BERNARDONI, ESQ., Assistant United States Attorney, that Plaintiffs will file their Amended Complaint no later than April 2, 2024, at which time Defendant's counsel shall have until April 30, 2024, in which to file an answer or otherwise plead.  This is the First Request for an Extension of Time to Answer or Otherwise Plead and is based on the fact that Plaintiffs will be filing an Amended Complaint, Defendant's counsel will be out of the office for

April 1 through April 7, and he desires to make sure the record is clear with regard to the due date of responsive documents.

DATED on this _____ day of March, 2024.

| | |
|---|---|
| **JUSTICE LAW CENTER** | **ISMAIL J RAMSEY**<br>**UNITED STATES ATTORNEY** |
| /s/ Bret O. Whipple<br>BRET O. WHIPPLE, ESQ.<br>Nevada Bar #6168<br>1100 S. Tenth Street<br>Las Vegas, NV  89104<br>Attorney for Plaintiffs | /s/ Jevechius Bernardoni<br>JEVECHIUS BERNARDONI, ESQ.<br>Special Assistant US Attorney, Acting Under<br>Authority Conferred by 28 U.S.C. §515<br>Attorneys for the United States of America |

### ORDER

Pursuant to the Stipulation and good cause appearing,

IT IS ORDERED that Plaintiffs will file their Amended Complaint no later than April 2, 2024;

IT IS FURTHER ORDERED that Defendant's counsel shall have until on or before April 30, 2024, to file an answer or otherwise plead.

**DATED:** March 26, 2024.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE