ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3721
   Facsimile: (510) 637-3724
   jevechius.bernardoni@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BUNDY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-01724-RFB-VCF <br><br> **STIPULATION AND [PROPOSED] ORDER ALLOWING AUSA BERNARDONI TO APPEAR REMOTELY FOR MAY 17, 2024 HEARING** |

IT IS HEREBY STIPULATED by and between plaintiffs Ryan Bundy, *et al.* (collectively, "Plaintiffs"), and defendant the United States of America ("United States"), by and through their respective attorneys, pursuant to Local Rule 7-1 as follows:

1. On October 24, 2023, Plaintiffs initiated the above-captioned lawsuit (ECF No. 3);

2. On April 30, 2024, the United States filed a motion to dismiss the First Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) as a result of the United States' sovereign immunity and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted (ECF No. 12);

3. On May 3, 2024, the parties filed a stipulation to temporarily stay discovery until 30 days after the pleadings are closed (ECF No. 13);

4. The Court scheduled an in-person hearing on the parties' stipulation for May 17, 2024 at 10:30 a.m.;

5. The United States Attorney's Office for the District of Nevada has been screened from the above-captioned case, and the undersigned counsel was assigned pursuant to 28 U.S.C. § 515 as Special Attorney to the United States Attorney General to represent the United States in this matter;

6. The undersigned counsel for the United States is based in Oakland, California and, in the interest of preserving resources, seeks to attend the May 17, 2024 hearing remotely;

7. Under these circumstances, the parties agree, subject to Court approval, that Special Attorney to the United States Attorney General Jevechius D. Bernardoni should be permitted to attend the May 17, 2024 hearing remotely, by Zoom, Microsoft Teams, or similar teleconferencing program, or telephonically.

DATED: May 14, 2024

ISMAIL J. RAMSEY
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney
Acting Under Authority Conferred
by 28 U.S.C. § 515

Attorneys for the United States of America

JUSTICE LAW CENTER

*/s/ Bret O. Whipple*

BRET O. WHIPPLE, ESQ.
Nevada Bar #6168
1100 S. Tenth Street
Las Vegas, NV 89104

Attorney for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Assistant United States Attorney Jevechius D. Bernardoni is permitted to appear telephonically for the previously scheduled May 17, 2024 hearing on the parties' stipulation to temporarily stay discovery.

IT IS FURTHER ORDERED that only Special Attorney to the United States Attorney General Jevechius D. Bernardoni is permitted to call in for the hearing.

The Courtroom Administrator shall email Counsel Bernardoni at the email address on the docket with the dial-in information for the hearing.

IT IS SO ORDERED.

Dated:

_____
THE HONORABLE MAXIMILIANO D. COUVILLIER III