BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV  89104
(702) 731-0000
civil@justice-law-center.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN BUNDY, individually; et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No.:2:23-cv-01724-RFB-MDC<br><br>**STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between Plaintiffs, RYAN BUNDY, et al. (collectively referred to herein as "Plaintiffs"), by and through their attorney of record, BRET O. WHIPPLE, ESQ., of the JUSTICE LAW CENTER, and Defendant, UNITED STATES OF AMERICA, by and through its counsel, JEVECHIUS BERNARDONI, ESQ., Assistant United States Attorney, that Plaintiffs will have an extension of thirty (30) days, with a deadline of no later than June 14, 2024, in which to file a Opposition to Defendant's Motion to Dismiss.  This is the First Request for an Extension of Time to file the Opposition and is based on the fact that Plaintiff's counsel is involved in several trials in the next three (3) weeks and needs additional time to respond.

DATED on this 17th day of May, 2024.

| | |
|---|---|
| **JUSTICE LAW CENTER** | **ISMAIL J RAMSEY**<br>**UNITED STATES ATTORNEY** |
| /s/ Bret O. Whipple | /s/ Jevechius Bernardoni |
| BRET O. WHIPPLE, ESQ.<br>Nevada Bar #6168<br>1100 S. Tenth Street<br>Las Vegas, NV  89104<br>Attorney for Plaintiffs | JEVECHIUS BERNARDONI, ESQ.<br>Special Assistant US Attorney, Acting Under Authority Conferred by 28 U.S.C. §515<br>Attorneys for the United States of America |

**ORDER**

Pursuant to the Stipulation and good cause appearing,

IT IS ORDERED that Plaintiff's counsel shall have an extension of thirty (30) days, with a deadline of no later than June 14, 2024, in which to file his Opposition to Defendant's Motion to Dismiss.

DATED on this _____ day of May, 2024.

_____
United States District Court Judge



**Metzger, Jeanne** <jeannem@justice-law-center.com>                                    Fri, May 17, 2024 at 4:02 PM
To: "Bernardoni, Jevechius (USACAN)" <Jevechius.Bernardoni@usdoj.gov>

You will not. The stip with changes is attached. Please advise regarding ability to utilize your electronic signature.

Thank you.
[Quoted text hidden]

📎 **stip to extend time for opp mtn to dismiss.pdf**
   94K

---

**Bernardoni, Jevechius (USACAN)** <Jevechius.Bernardoni@usdoj.gov>                     Fri, May 17, 2024 at 4:23 PM
To: "Metzger, Jeanne" <jeannem@justice-law-center.com>

You have my authorization to file with one further tweak—there should not be an apostrophe after "its" on Page 1 line 16.

Have a great weekend!

[Quoted text hidden]