BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV  89104
(702) 731-0000
civil@justice-law-center.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BUNDY, individually; et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No.:2:23-cv-01724-RFB-MDC<br><br>**STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS (2nd request)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, RYAN BUNDY, et al. (collectively referred to herein as "Plaintiffs"), by and through their attorney of record, BRET O. WHIPPLE, ESQ., of the JUSTICE LAW CENTER, and Defendant, UNITED STATES OF AMERICA, by and through its counsel, JEVECHIUS BERNARDONI, ESQ., Assistant United States Attorney, that Plaintiffs will have an extension of thirty (30) days, with a deadline of no later than July 15, 2024, in which to file a Opposition to Defendant's Motion to Dismiss.  This is the Second Request for an Extension of Time to file the Opposition and is based on the fact that Plaintiff's counsel is involved in several trials and evidentiary hearings in the next three (3) weeks and needs additional time to respond.

DATED on this 12th day of June, 2024.

| | |
|---|---|
| **JUSTICE LAW CENTER** | **ISMAIL J RAMSEY**<br>**UNITED STATES ATTORNEY** |
| /s/ Bret O. Whipple<br>BRET O. WHIPPLE, ESQ.<br>Nevada Bar #6168<br>1100 S. Tenth Street<br>Las Vegas, NV  89104<br>Attorney for Plaintiffs | /s/ Jevechius Bernardoni<br>JEVECHIUS BERNARDONI, ESQ.<br>Special Assistant US Attorney, Acting Under Authority Conferred by 28 U.S.C. §515<br>Attorneys for the United States of America |

## **ORDER**

Pursuant to the Stipulation and good cause appearing,

IT IS ORDERED that Plaintiff's counsel shall have an extension of thirty (30) days, with a deadline of no later than July 15, 2024, in which to file his Opposition to Defendant's Motion to Dismiss.

DATED on this _____ day of June, 2024.

_____
United States District Court Judge

Metzger, Jeanne <jeannem@justice-law-center.com>

## RE: [EXTERNAL] Stip to Extend - 2nd Request
1 message

**Bernardoni, Jevechius (USACAN)** <Jevechius.Bernardoni@usdoj.gov>   Wed, Jun 12, 2024 at 11:32 AM
To: Bret Whipple <bretwhipple@gmail.com>, "Metzger, Jeanne" <jeannem@justice-law-center.com>

You have my authorization to file the attached document.


Kind regards,


Jevechius D. Bernardoni

Assistant United States Attorney

United States Attorney's Office

Northern District of California

---

**From:** Bret Whipple <bretwhipple@gmail.com>
**Sent:** Wednesday, June 12, 2024 10:46 AM
**To:** Bernardoni, Jevechius (USACAN) <JBernardoni@usa.doj.gov>
**Subject:** [EXTERNAL] Stip to Extend - 2nd Request


Jev-


Attached please find the Stipulation to Extend our time to oppose your Motion to Dismiss.  Please review and if acceptable, please advise me if I can utilize your electronic signature and submit it to the Court for signature.


Thank you.

Jeanne Metzger, J.D.

Law Clerk to Bret O. Whipple, Esq.


Las Vegas office:

1100 S. Tenth Street

Las Vegas, NV  89104

(702) 731-0000


Reno office