ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3721
   Facsimile: (510) 637-3724
   jevechius.bernardoni@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BUNDY, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>   Defendants. | Case No. 2:23-cv-01724-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR THE UNITED STATES TO FILE ITS REPLY IN SUPPORT OF THE MOTION TO DISMISS (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between plaintiffs Ryan Bundy, *et al.* (collectively, "Plaintiffs"), and defendant the United States of America ("United States"), by and through their respective attorneys, pursuant to Local Rule 7-1 as follows:

1.    The United States filed a motion to dismiss the first amended complaint on April 30, 2024 (ECF No. 12);

2.    Thereafter, the United States stipulated to three extensions of time for Plaintiffs to file an opposition (ECF Nos. 18, 20, & 22);

3.    On July 22, 2024, Plaintiffs filed a motion for leave to file excess pages (ECF No. 24) and an opposition (ECF No. 25). Plaintiffs then filed an errata on July 23, 2024 (ECF No. 26);

4.    On July 24, 2024, the Court issued a minute order denying Plaintiffs' motion for leave to

1  file excess pages, striking ECF Nos. 25-28, and instructing Plaintiffs to file an updated opposition brief on or before July 26, 2024.  ECF No. 29.  The Court further ordered the United States to file its reply on August 2, 2024.  *Id.*;

5. Counsel for the United States has a pre-planned international family vacation from July 27, 2024 to August 9, 2024, and will not return to the office until August 12, 2024.

6. Given the travel schedule of counsel for the United States, the parties agree that the United States' deadline to file a reply in support of the motion to dismiss should be extended up to and including September 3, 2024.

DATED:  July 25, 2024

ISMAIL J. RAMSEY
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney
Acting Under Authority Conferred
by 28 U.S.C. § 515

Attorneys for the United States of America

JUSTICE LAW CENTER

*/s/ Bret O. Whipple*

BRET O. WHIPPLE, ESQ.
Nevada Bar #6168
1100 S. Tenth Street
Las Vegas, NV 89104

Attorney for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation, the United States' deadline to file a reply in support of the motion to dismiss is extended up to and including September 3, 2024.

IT IS SO ORDERED.

DATED: July 25, 2024.



_____
THE HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE