BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV  89104
(702) 731-0000
civil@justice-law-center.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BUNDY, individually; et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No.:2:23-cv-01724-RFB-MDC<br><br>**STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S SECOND MOTION TO DISMISS (1st request)** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiffs, RYAN BUNDY, et al. (collectively referred to herein as "Plaintiffs"), by and through their attorney of record, BRET O. WHIPPLE, ESQ., of the JUSTICE LAW CENTER, and Defendant, UNITED STATES OF AMERICA, by and through its counsel, JEVECHIUS BERNARDONI, ESQ., Assistant United States Attorney, that Plaintiffs will have an extension of 3 weeks, with a deadline of no later than June 6, 2024, in which to file a Opposition to Defendant's Second Motion to Dismiss.  In addition, with this extension, the Government's Reply would normally be due on June 13, 2025. However, Defendant's Government's attorney is out of town through the middle of June. Accordingly, the Government will have an extension of 2 weeks, with a deadline of no later than June 27, 2025, in which to file any Reply that it may wish to file.  This is the First Request for an Extension of Time to file the Opposition and Reply and is based on the fact that Plaintiff's counsel was involved in several trials and evidentiary hearings in the last three (3) weeks and needs additional time to finalize his Opposition, along with the fact that Defendant's attorney will

1

be out of town and will need additional time to file his Reply to Plaintiff's Opposition.

DATED on this 16th day of May, 2025.

| **JUSTICE LAW CENTER** | **ISMAIL J RAMSEY** <br> **UNITED STATES ATTORNEY** |
|---|---|
| /s/ Bret O. Whipple <br> BRET O. WHIPPLE, ESQ. <br> Nevada Bar #6168 <br> 1100 S. Tenth Street <br> Las Vegas, NV 89104 <br> Attorney for Plaintiffs | /s/ Jevechius Bernardoni <br> JEVECHIUS BERNARDONI, ESQ. <br> Special Assistant US Attorney, Acting Under <br> Authority Conferred by 28 U.S.C. §515 <br> Attorneys for the United States of America |

**IT IS SO ORDERED**.

**DATED** this 20th day of May, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**