BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV  89104
(702) 731-0000
civil@justice-law-center.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN BUNDY, individually; et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No.:2:23-cv-01724-RFB-MDC<br><br>**STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS (3rd request)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, RYAN BUNDY, et al. (collectively referred to herein as "Plaintiffs"), by and through their attorney of record, BRET O. WHIPPLE, ESQ., of the JUSTICE LAW CENTER, and Defendant, UNITED STATES OF AMERICA, by and through its counsel, JEVECHIUS BERNARDONI, ESQ., Assistant United States Attorney, that Plaintiffs will have an extension of 1 week, with a deadline of no later than July 22, 2024, in which to file a Opposition to Defendant's Motion to Dismiss.  This is the Third Request for an Extension of Time to file the Opposition and is based on the fact that Plaintiff's counsel was involved in several trials and evidentiary hearings in the last three (3) weeks and needs an additional week to finalize his Opposition.

DATED on this 12th day of July, 2024.

**JUSTICE LAW CENTER**

**ISMAIL J RAMSEY**
**UNITED STATES ATTORNEY**

/s/ Bret O. Whipple
BRET O. WHIPPLE, ESQ.
Nevada Bar #6168
1100 S. Tenth Street
Las Vegas, NV  89104
Attorney for Plaintiffs

/s/ Jevechius Bernardoni
JEVECHIUS BERNARDONI, ESQ.
Special Assistant US Attorney, Acting Under
Authority Conferred by 28 U.S.C. §515
Attorneys for the United States of America

1

## ORDER

Pursuant to the Stipulation and good cause appearing,

IT IS ORDERED that Plaintiff's counsel shall have an extension of 1 week, with a deadline of no later than July 22, 2024, in which to file his Opposition to Defendant's Motion to Dismiss.

DATED on this _____ day of July, 2024.


_____
United States District Court Judge

**Bernardoni, Jevechius (USACAN)** <Jevechius.Bernardoni@usdoj.gov>    Fri, Jul 12, 2024 at 12:18 PM
To: "Whipple, Bret" <civil@justice-law-center.com>

You have my authorization to apply my e-signature and file the PDF attached to the July 12, 2024 at 10:40 a.m. email below.

[Quoted text hidden]